UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LLOYD RUSSELL, III  CIVIL ACTION

VERSUS

SANTANDER CONSUMER USA, INC., ET AL.  NO. 24-00048-BAJ-RLB

## RULING AND ORDER

On February 29, 2024, Defendant Santander Consumer USA, Inc. filed a **Motion to Dismiss (Doc. 8, the "Motion")** the above-captioned matter. This Motion was referred to the Magistrate Judge who, on July 5, 2024, issued a **Report and Recommendation (Doc. 13, the "R&R")**, recommending that the Court grant the Motion and dismiss the above-captioned matter with prejudice. No objections to the R&R were timely filed.

Having carefully considered Plaintiff's Complaint (Doc. 1), Defendant Santander Consumer USA, Inc.'s Motion to Dismiss (Doc. 8), Plaintiff's Response to Defendant's Motion to Dismiss (Doc. 9), the Magistrate Judge's R&R (Doc. 13), and all related filings, the Court **APPROVES** the Magistrate Judge's R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Defendant Santander Consumer USA, Inc.'s filed a **Motion to Dismiss (Doc. 8)** be and is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**.

1

Judgment shall be entered separately.

Baton Rouge, Louisiana, this 23rd day of July, 2024

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**